UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-cv-00053-JAW |
| | ) | |
| RICHARD LAHAYE, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 18, 2011 her Recommended Decision (Docket # 11). The Plaintiff filed his objections to the Recommended Decision on May 23, 2011 (Docket # 21). The Defendant also filed a Motion for Leave to File Supplemental Amendments to Complaint on May 23, 2011 (Docket # 22). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that that the Complaint (Docket # 1) be and hereby is <u>DISMISSED</u> pursuant to 28 U.S.C. § 1915A(b).

3. It is further <u>ORDERED</u> that the Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket # 2) be and hereby is <u>DENIED.</u>

4. It is further <u>ORDERED</u> that the Plaintiff's Motion for Leave to File Supplemental Amendments to Complaint (Docket # 22) be and hereby is <u>DENIED</u> on the ground that the requested amendments remain legally insufficient and would not state a cognizable claim.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 24th day of May, 2011