UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-cv-00053-JAW |
| | ) | |
| RICHARD LAHAYE, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On May 24, 2011, the Court issued an Order Affirming the Recommended Decision of the Magistrate Judge. *Order Affirming the Recommended Decision of the Magistrate Judge* (Docket # 23). Shortly after the Court docketed the Order, it received and docketed a document from the Plaintiff entitled "Supplement to Plaintiff's Objection to Recommended Decision." *Supplement to Pl.'s Ob. to Recommended Decision* (Docket # 24). To clear up any confusion from the receipt of a document between the Order adopting the Recommended Decision and the entry of Judgment, the Court has *sua sponte* reviewed and considered Mr. Hofland's supplemental pleading. Having done so, the Court still affirms the Recommended Decision again for the reasons in the Recommended Decision. The Clerk is directed to enter Judgment against Randall B. Hofland and in favor of the Defendants in the above-captioned matter.

SO ORDERED.

/s/ John A. Woodcock, Jr.<br>
JOHN A. WOODCOCK, JR.<br>
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 26th day of May, 2011