UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| RANDALL B. HOFLAND, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:11-cv-00053-JAW |
| RICHARD LAHAYE, JR., et al., | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT AND MOTION TO EXTEND TIME**

On May 26, 2011, the Court entered Judgment in favor of the Defendants in this case. On June 7, 2011, Randall B. Hofland moved for relief from judgment pursuant to Rule 60(b) and moved to extend the time within which he must file a notice of appeal. *Mot. for Relief from J.* (Docket # 27); *Mot. to Extend Time* (Docket # 28). The Court carefully reviewed Mr. Hofland's motion for relief from judgment and concludes that it provides no basis to revisit the May 26, 2011 Judgment; the Court DENIES Randall B. Hofland's Motion for Relief from Judgment (Docket # 27).

Regarding the motion to extend, Rule 4(a)(4)((A)(vi) provides that if a party files in the district court a Rule 60 motion within 28 days after judgment is entered, the "time to file an appeal runs . . . from the entry of the order disposing of the [motion]." Fed. R. App. P. 4(a)(4)(A)(vi). By operation of the Rule, the appeal period runs from the entry of this Order. Accordingly, the Court dismisses as moot Mr. Holfand's Motion to Extend Time (Docket # 28).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2011